IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JAMES HANCOCK**                                                            **PLAINTIFF**

VS.                                                                                         CASE NO.: 1:09CV210-A-D

**FRANKLIN COLLECTION SERVICE, INC.**                 **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and among all parties having appeared in the above-referenced civil action that all claims and contentions of liability alleged by the plaintiff in the Complaint herein against Franklin Collection Service, Inc. are hereby voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation of dismissal is specifically intended to be a dismissal with prejudice of any and all claims possessed by plaintiff in this civil action.

So stipulated, this the 19th day of April, 2010.

JAMES HANCOCK

BY: _W. Lawrence Deas_
W. LAWRENCE DEAS
Mississippi Bar No. 100227


FRANKLIN COLLECTION SERVICE, INC.

BY: _H. Richmond Culp_
H. RICHMOND CULP, III
Mississippi Bar No. 7936